| SHIPPER<br>SAMSUNG SDI CO., LTD<br>150-20 GONGSE-RO, GIHEUNG-GU,<br>YONGIN-SI,GYEONGGI-DO 446-577,<br>KOREA<br>TEL: 82-31-8006-3630<br>ATTN: TAEHEE JUNG | DRAFT<br>**WAYBILL**<br>**NON NEGOTIABLE** | VOYAGE NUMBER<br>0MB9TE1MA<br>WAYBILL NUMBER<br>SEL1224269 |
|---|---|---|
| CONSIGNEE<br>ABB ENTERPRISE SOFTWARE INC.<br>USNBD PRODUCTS AND SYSTEMS 2500<br>S.COMMERCE DRIVE NEW BERLIN WI<br>53151 ATTN : GRETCHEN BEERS<br>TEL : 24-696-1576<br>E-MAIL : GRETCHEN.BEERS@US.ABB.COM | EXPORT REFERENCES<br><br>CMA CGM | |
| NOTIFY PARTY. Carrier not to be responsible for failure to notify<br>KANBAN LOGISTICS<br>1114 KINGSBORO ROAD ROCKY MOUNT<br>NC 27801 USA<br>ATTN : DEBORAH L GRACZ<br>PHONE: 919-855-2338<br>E-MAIL: DEBORAH.L.GRACZ@US.ABB.COM | **CARRIER:** CMA CGM Société Anonyme au Capital de 234 988 330 Euros<br>Head Office: 4, quai d'Arenc - 13002 Marseille - France<br>Tel: (33) 4 88 91 90 00 - Fax: (33) 4 88 91 90 95<br>562 024 422 R.C.S. Marseille | |

| PRE CARRIAGE BY* | PLACE OF RECEIPT* | FREIGHT TO BE PAID AT<br>SEOUL | NUMBER OF ORIGINAL WAYBILLS<br>ZERO (0) |
|---|---|---|---|
| VESSEL<br>COSCO SHIPPING LOTUS | PORT OF LOADING<br>BUSAN, KOREA | PORT OF DISCHARGE<br>NORFOLK, VA | FINAL PLACE OF DELIVERY* |

| MARKS AND NOS<br>CONTAINER AND SEALS | NO AND KIND<br>OF PACKAGES | DESCRIPTION OF PACKAGES AND GOODS AS STATED BY SHIPPER<br>SHIPPER'S LOAD STOW AND COUNT SAID TO CONTAIN | GROSS WEIGHT<br>CARGO<br>KGS | TARE<br>KGS | MEASUREMENT<br>CBM |
|---|---|---|---|---|---|
| TMU5366910<br>SEAL P3719501 | 1 x 40RH | 300 PACKAGE(S)<br>*********************************************<br>PSN: LITHIUM ION BATTERIES (including lithium ion<br>polymer batteries)<br>UN Number: 3480 - IMDG Class: 9<br>*********************************************<br><br>EM8831AE001A##MODULE<br><br>IMO CLASS : 9<br>UN NUMBER : 3480<br>INV NO. 9000336955<br><br>FREIGHT PREPAID<br><br>Cargo is stowed in a refrigerated container set<br>at the shipper's requested carrying temperature<br>of 20 degrees Celsius | 18300.000 | 4580 | 24.630 |

Continued on Next Sheet    Sheet 1 of 3
ABOVE PARTICULARS DECLARED BY SHIPPER. CARRIER NOT RESPONSIBLE.

ADDITIONAL CLAUSES

Cargo at port is at merchant risk, expenses and responsibility
CL
THC at destination payable by Merchant as per line/port tariff
Ground rent/storages/power supply/monitoring costs at port of discharge for Merchant s account according to port rates.
Reefer container can only be operated by electrical power. During land transportation the Carrier will be liable in any respect whatsoever for consequences, due to non refrigeration.
. Unless the value of cargo is declared on the face of this bill of lading or waybill in the conditions set on the reverse, limitation of liability in respect of loss or damage to goods shall not exceed US$ 500 package, or customary freight unit if goods are not shipped in package.
. For the purpose of the present carriage, clause 14(2) shall exclude the application of the k/Antwerp rules, 2004.
. U.S. demurrage and detention conditions are billed per CMA-CGM (America)'s U.S. tariff or service contracts filed with the FMC
216. Mis-declaration of cargo weight endangers crew, port workers and vessels' safety. Your cargo may be weighed at any place and time of carriage and any mis-declaration will expose you to claims for all losses, expenses or damages whatsoever resulting thereof and be subject to freight surcharge.
225. The shipper acknowledges that the Carrier may carry the goods identified in this bill of lading on the deck of any vessel and in taking remittance of this bill of lading the Merchant (including the shipper, the consignee and the holder of the bill of lading, as the case may be) confirms his express acceptance of all the terms and conditions of this bill of lading and expressly confirms his unconditional and irrevocable consent to the possible carriage of the goods on the deck of any vessel.
236. By tendering the hazardous goods for carriage, Merchant guarantees the accuracy of the description of the goods and undertakes to warn the consignee, the notify party, and all its sub contractors on the transport, storage and handling prescriptions referred to in the IMDG Code and the Material Safety Data Sheet. Merchant's particular attention is drawn on clause 20 of this bill of lading.
274. The Merchant is responsible for returning any empty container, with interior clean, free of any

RECEIVED by the Carrier from the Shipper in apparent good order and condition (unless otherwise noted herein) the total number or quantity of containers or other packages or units indicated above by the Merchant for carriage, subject to all the terms hereof (including the terms on page one) and tariff for the relevant trade, from the place of receipt or the port of loading, whichever applicable, to the port of discharge or place of delivery, whichever applicable. This Waybill is deemed to be a contract of carriage as defined in Article I (b) of the Hague Rules and Hague Visby Rules although this is not a document of title to the Goods.
DELIVERY will only be made on Payment of all Freight and Charges and to the named Consignee or any third party nominated by the Consignee by written instruction to the Carrier or his Agent, unless the Shipper instructs otherwise prior to delivery. The rights and liabilities arising according to the terms hereof shall (without prejudice to any rule of common law and status) become binding between the Carrier and Consignee as if agreement has been made between them and the Shipper guarantees on reception of this Waybill that he has accepted it on his own behalf, on behalf of the Consignee and the Owner of the Goods, and warrants he has authority to do so.
claims and actions arising between the Carrier and the Merchant in relation with the contract of Carriage evidenced by this Waybill shall exclusively be brought before the Tribunal de Commerce de Marseille and no other Court shall have jurisdiction with regards to any such claim or action. Notwithstanding the above, the Carrier is also entitled to bring the claim or action before the Court of the place where the defendant has his registered office.
This Waybill is issued subject to the C.M.I Uniform Rules for Sea Waybills.
(OTHER TERMS AND CONDITIONS OF THE CONTRACT ON PAGE ONE)

| PLACE AND DATE OF ISSUE   SEOUL    12 OCT 2021 | SIGNED FOR THE CARRIER CMA CGM S.A.<br>BY CMA CGM Korea Co., Ltd.<br>as agents for the carrier CMA CGM S. A. |
|---|---|
| SIGNED FOR THE SHIPPER<br>APPLICABLE ONLY WHEN THIS DOCUMENT IS USED AS A COMBINED | |



DRAFT
**WAYBILL**
**NON NEGOTIABLE**

| VOYAGE NUMBER |
|---|
| 0MB9TE1MA |

| WAYBILL NUMBER |
|---|
| SEL1224269 |

| PRE CARRIAGE BY* | PLACE OF RECEIPT* | FREIGHT TO BE PAID AT | NUMBER OF ORIGINAL WAYBILLS |
|---|---|---|---|
|  |  | SEOUL | ZERO (0) |

| VESSEL | PORT OF LOADING | PORT OF DISCHARGE | FINAL PLACE OF DELIVERY* |
|---|---|---|---|
| COSCO SHIPPING LOTUS | BUSAN, KOREA | NORFOLK, VA |  |

| MARKS AND NOS CONTAINER AND SEALS | NO AND KIND OF PACKAGES | DESCRIPTION OF PACKAGES AND GOODS AS STATED BY SHIPPER SHIPPER'S LOAD STOW AND COUNT SAID TO CONTAIN | GROSS WEIGHT CARGO KGS | TARE KGS | MEASUREMENT CBM |
|---|---|---|---|---|---|

Shipped on Board COSCO SHIPPING LOTUS 12-OCT-2021 CMA CGM Korea Co., Ltd. As agents for the Carrier

Freight in Kgs  Total: 1 CONTAINER(S)   Continued From Previous Sheet   Sheet 2 of 3   18300.000   4580   24.630

ABOVE PARTICULARS DECLARED BY SHIPPER. CARRIER NOT RESPONSIBLE.

## ADDITIONAL CLAUSES

...gerous goods placards, labels or markings, at the designated place, and within 60 days following to date of release, failing which the container shall be construed as lost. The Merchant shall be liable to ...emnify the Carrier for any loss or expense whatsoever arising out of the foregoing, including but not ...ted to liquidated damages equivalent to the sound market value - or the depreciated value due by the ...rier to a container lessor. The Carrier is entitled to collect a deposit from the Merchant at the time of ...ase of the container which shall be remitted as security for payment of any sums due to the Carrier, in ...icular for payment of all detention and demurrage and/or container indemnity as referred above.

. Following to the slow down / lock out affecting the US west coast ports, cargo may be discharged in alternative port without notice - subject to availability - or be on forwarded to the intended port of ...tination. All additional costs, including but not limited to storage, demurrage, at the alternative port, or ...a on forwarding freight shall be for Merchant's account and payable prior to delivery.

. This Waybill is governed by the Terms and Conditions available on the CMA CGM website ...://www.cma-cgm.com/products-services/shipping-guide/bl-clauses) which the Merchant has read and ...epted. The carrier is entitled to deliver the cargo to the Consignee, after payment of any outstanding ...ght, on provision of proper proof of identity without the need to produce or surrender a copy of this

Sea Waybill.

358. Following the exceptional measures adopted by various governments in relation with the outbreak of COVID-19 virus and the operational constraints resulting thereof, the Merchants are hereby notified that the carriage of cargo may be disrupted or delayed.Cargo may not be loaded on the intended vessel and may be on forwarded to the port of destination on any alternative vessel at Carrier's sole discretion. Furthermore in case of disruption of ports' operations, the cargo may be discharged in an alternative port without notice - and - subject to availability - be on forwarded to the original intended port of destination.Carrier reserve its rights to accomplish the bill of lading in any alternative port. All additional costs, including but not limited to storage, demurrage, plugging, monitoring  at the alternative discharge port or extra on forwarding costs, shall be on Merchant's account and payable before delivery and the carrier shall have no liability whatsoever for any loss or damage resulting thereof

366. The Merchant warrants that the particulars relating to the Goods have been checked and that such particulars are adequate and correct. In case of failure of the Merchant to comply with such warranty, the Carrier shall be entitled to charge the Merchant at any time an amount of USD 2,000 per Container or Goods (for non-containerized cargo) as processing and administrative fees. This fee shall also be

| PLACE AND DATE OF ISSUE | SEOUL | 12 OCT 2021 | SIGNED FOR THE CARRIER CMA CGM S.A. BY CMA CGM Korea Co., Ltd. as agents for the carrier CMA CGM S. A. |
|---|---|---|---|

SIGNED FOR THE SHIPPER

APPLICABLE ONLY WHEN THIS DOCUMENT IS USED AS A COMBINED



**WAYBILL**
**NON NEGOTIABLE**

DRAFT

| VOYAGE NUMBER |
|---|
| 0MB9TE1MA |
| WAYBILL NUMBER |
| SEL1224269 |

| PRE CARRIAGE BY* | PLACE OF RECEIPT* | FREIGHT TO BE PAID AT | NUMBER OF ORIGINAL WAYBILLS |
|---|---|---|---|
| | | SEOUL | ZERO (0) |

| VESSEL | PORT OF LOADING | PORT OF DISCHARGE | FINAL PLACE OF DELIVERY* |
|---|---|---|---|
| SCO SHIPPING LOTUS | BUSAN, KOREA | NORFOLK, VA | |

| MARKS AND NOS CONTAINER AND SEALS | NO AND KIND OF PACKAGES | DESCRIPTION OF PACKAGES AND GOODS AS STATED BY SHIPPER SHIPPER'S LOAD  STOW AND COUNT  SAID TO CONTAIN | GROSS WEIGHT CARGO | TARE | MEASUREMENT |
|---|---|---|---|---|---|

Continued From Previous Sheet     Sheet 3 of 3
ABOVE PARTICULARS DECLARED BY SHIPPER. CARRIER NOT RESPONSIBLE.

### ADDITIONAL CLAUSES

licable in case of discrepancy between the Verified Gross Mass (VGM) sent to the Carrier, or the
ght declared to the Carrier (for non-containerized cargo), and the weight declared by the Shipper in his
ping instruction or otherwise weighted during the Carriage.

. Merchant consents to the Carrier sharing information and data contained in the Bill of Lading and/or
ted to the performance of the Carriage of the Goods with third parties, including but not limited to
tal supply chain platforms.

| ACE AND DATE OF ISSUE | SEOUL | 12 OCT 2021 | SIGNED FOR THE CARRIER CMA CGM S.A. BY CMA CGM Korea Co., Ltd. as agents for the carrier CMA CGM S. A. |
|---|---|---|---|
| GNED FOR THE SHIPPER | | | |
| APPLICABLE ONLY WHEN THIS DOCUMENT IS USED AS A COMBINED | | | |

# COMMERCIAL INVOICE


SAMSUNG SDI

| | |
|---|---|
| **1) Shipper/Exporter**<br>SAMSUNG SDI CO., LTD<br>150-20 Gongse-ro, Giheung-gu, Yongin-si,<br>Gyeonggi-do 446-577, Korea<br>TEL: 82-31-8006-3630   ATTN: TAEHEE JUNG | **8) No. & date of Invoice**<br>9000336955                OCT. 05, 2021 |
| | **9) No. & date of L/C or Contract** |
| **2) For Account & Risk of Messers**<br>ABB Enterprise Software Inc.<br>USNBD Products and Systems<br>2500 S. Commerce Drive New Berlin WI 53151<br>ATTN : Gretchen Beers  Tel : 24-696-1576<br>E-mail : gretchen.beers@us.abb.com | **10) L/C Issuing bank** |
| | **11) Remarks**<br>* PO NO. : 4505073394<br>* CIF |
| **3) Notify Party**<br>10017-56 Ave<br>(Building 8 within the industrial complex)<br>Edmonton AB T6E 5L7 - Canada<br>Attn.: Jeff Weiland  (587-987-6233) | |
| **4) Port of Loading**<br>South Korea, pusan new harbor | **5) Final Destination**<br>Canada, VANCOUVER, BC | |
| **6) Vessel Name**<br>COSCO SHIPPING LOTUS | **7) Sailing on/or about**<br>OCT. 17, 2021 | T/T 60 days from B/L date |

| 12) Marks and number | 13) Description of Goods | 14) Quantity/Unit | 15) Unit-Price | 16) Amount |
|---|---|---|---|---|
| | EM8831AE001A##MODULE | | | |
| | | CIF   NORFOLK | | |
| EM8831AE001A | | 300PCS | @1646.000000 | 493,800.00 |
| TOTAL: 30PAL | | 300PCS | USD | 493,800.00 |

Signed by  SAMSUNG SDI CO., LTD.

Page No. 1 of 1



# PACKING LIST

| 1) Shipper/Exporter<br>SAMSUNG SDI CO., LTD<br>150-20 Gongse-ro, Giheung-gu, Yongin-si,<br>Gyeonggi-do 446-577, Korea<br>TEL: 82-31-8006-3630   ATTN: TAEHEE JUNG | 8) No. & date of Invoice<br>9000336955                     OCT. 17, 2021 |
|---|---|
| 2) For Account & Risk of Messers<br>ABB Enterprise Software Inc.<br>USNBD Products and Systems<br>2500 S. Commerce Drive New Berlin WI 53151<br>ATTN : Gretchen Beers  Tel : 24-696-1576<br>E-mail : gretchen.beers@us.abb.com | 9) Remarks<br>* PO NO. : 4505073394<br>* CIF |
| 3) Notify Party<br>10017-56 Ave<br>(Building 8 within the industrial complex)<br>Edmonton AB T6E 5L7 - Canada<br>Attn.: Jeff Weiland  (587-987-6233) | |
| 4) Port of Loading<br>South Korea, pusan new harbor | 5) Final Destination<br>Canada, VANCOUVER, BC |
| 6) Vessel Name<br>COSCO SHIPPING LOTUS | 7) Sailing on/or about<br>OCT. 17, 2021 |

| 10) Marks & Nos. | 11) Desc.of Goods | 12) Quantity | 13) Net-Weight | 14) Gross-Weight | 15) Measurement |
|---|---|---|---|---|---|
| | EM8831AE001A##MODULE | | | | |
| EM8831AE001A | | 30PAL | ( PAL  NO   1  -  30 ) | | |
| | | @10PCS | @580.000KGS | @610.000KGS | @0.821CBM |
| | | 300PCS | 17400.000KGS | 18300.000KGS | 24.630CBM |
| TOTAL: | | 30PAL    300PCS | 17400.000KGS | 18300.000KGS | 24.630CBM |

////////////////////////////////////////////////////////////////////////////////////////////////

Signed by   SAMSUNG SDI CO., LTD.

Page No. 1 of 1