To:   Lotte Insurance Co., Ltd., Seoul, Korea

## Abandonment Certificate (폐기확인서)

Date: 2022. 12. 20

RE:   Policy No. (증권번호)      : FALI20210408054
      B/L No. (선하증권번호)     : SEL1224269
      Invoice No. (상업송장번호) : 9000336955
      Cargo Description (화물명세) : 300 pcs of Lithium Ion Battery

To Whom It May Concern:
(수신처 제위)

This is to certify that we hereby duly abandoned the above mentioned cargo without any benefit.
(어떠한 이득 없이 상기 명기된 화물을 폐기하였음을 확인하는 바입니다.)

Sincerely Yours,
* Photograph attached (사진첨부)




Official seal or Authorized Signature (회사명판, 직인 날인)
Name of Company (회사명)

SAMSUNG SDI CO., LTD.

본 문서의 무단 수정, 복제, 배포 행위는 법적 조치의 대상이 될 수 있습니다

# LETTER OF SUBROGATION

To   : Lotte Insurance Co., Ltd.
Date : Dec. , 2022  *( 12 . 15 . 2022 )*

Re   : Policy No. : FALI20210408054
       Description : 300 pcs of Lithium Ion Battery
       B/L No. : SEL1224269
       Conveyance : M.V. "Cosco Shipping Lotus"
       Insurance Claim : KRW594,596,760

Dear Sirs,

I/We acknowledge receipt of the sum which I/we accept in full satisfaction of our claim in connection with the above mentioned goods

I/We acknowledge that by virtue of such payment you are subrogated to all my/our rights and remedies in and in respect of the goods as provided by the law governing the contract of insurance and in the case of total loss and/or total loss in package you are entitled at your option to take over my/our interest in whatever may remain on the goods, it being understood that my/our delivery to you of the documents of title relating to the goods shall not be construed as an exercise of such option.

I/We confirm that you have authority to use my/our name to the extent necessary effectively to exercise all or any of such rights and remedies: that I/we will furnish you with any assistance you may reasonably require of me/us when exercising such rights and remedies with the understanding that you will indemnify me/us against any liability for costs charges and expenses arising in connection with any proceedings which you may take in my/our name in the exercise of such rights and remedies.

I/We assign and authorize you to have entitlement to sue any liable party in your own name on behalf of my/our position based on Article 682 of Korean Commercial Code.

Yours faithfully,

102-81-23012
롯데글로벌로지스(주) 박 찬 복
서울특별시 중구 통일로 10

Stamp and Authorized Signature by Lotte Global Logistics Co., Ltd.